1  Richard K. Howell (State Bar No. 144241)
   rhowell@rutan.com
2  Gerard M. Mooney, Jr. (State Bar No. 222137)
   gmooney@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
5  Facsimile:    714-546-9035

6  Attorneys for Defendant
   INSOUND MEDICAL, INC.

7

IT IS SO ORDERED

Judge Edward J. Davila

7/13/2011

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  LIVINGSTON HEARING AID              Case No. 5:11-CV-01965-EJD
    CENTER, INC.
12                                      **STIPULATION TO FURTHER
              Plaintiff,                EXTEND TIME FOR DEFENDANT
13                                      INSOUND MEDICAL, INC. TO
         v.                             RESPOND TO COMPLAINT OF
14                                      PLAINTIFF LIVINGSTON
    INSOUND MEDICAL, INC.,              HEARING AID CENTER, INC.**
15
              Defendant.                **[N.D. Cal. Local Rule 6-1(a)]**
16
                                        Date Filed:       March 8, 2011
17                                      Date Removed:  April 1, 2011

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Rutan & Tucker, LLP
*attorneys at law*

2152/028972-0001
2216063.1 a07/12/11          -1-

Case No. 5:11-CV-01965-EJD
STIPULATION TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT

1   WHEREAS, on March 8, 2011, plaintiff Livingston Hearing Aid Center, Inc.
2   ("Livingston") filed its Complaint in the instant action in the 72nd District Court of
3   Lubbock County, Texas;

4   WHEREAS, on April 1, 2011, defendant InSound Medical, Inc. ("InSound")
5   removed the instant action to the United States District Court for the Northern
6   District of Texas;

7   WHEREAS, on April 20, 2011, the United States District Court for the
8   Northern District of Texas granted the Parties' Agreed Motion to Transfer Venue to
9   this Court;

10   WHEREAS, the instant action was transferred to this Court on April 22,
11   2011;

12   WHEREAS, the Court has not set a deadline for InSound to respond to
13   Livingston's Complaint, and effective with the Clerk's notice of July 12, 2011,
14   deadlines previously set in this action have been reset for the latter part of October
15   with the reassignment of the action to the Hon. Edward J. Davila;

16   WHEREAS, in light of their on-going settlement discussions, the Parties
17   stipulated on June 22, 2011 that InSound would file its response to Livingston's
18   Complaint and file any counterclaim(s) on or before July 1, 2011;

19   WHEREAS, the Parties further stipulated on July 1, 2011 that InSound would
20   file its response to Livingston's Complaint and file any counterclaim(s) on or before
21   July 6, 2011;

22   WHEREAS, the Parties further stipulated on July 6, 2011 that InSound would
23   file its response to Livingston's Complaint and file any counterclaim(s) on or before
24   July 12, 2011;

25   WHEREAS, the Parties remain engaged in settlement discussions, and wish
26   to avoid burdening the Court or incurring potentially unnecessary attorneys' fees
27   and costs during the pendency of their discussions; and,

28   / / /

Rutan & Tucker, LLP
attorneys at law
2152/028972-0001
2216063.1 a07/12/11
-2-
Case No. 5:11-CV-01965-EJD
STIPULATION TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT

1    WHEREAS, in order to avoid burdening the Court and to facilitate their

2 continuing discussions, the Parties agree that InSound should have through and

3 including July 26, 2011 to respond to Livingston's Complaint and file any

4 counterclaim(s);

5    THEREFORE, the Parties, through their counsel of record, stipulate and agree

6 as follows:

7    1.    Defendant InSound Medical, Inc. shall have through and including **July**

8 **26, 2011** to respond to the Complaint of plaintiff Livingston Hearing Aid Center,

9 Inc. and to file any corresponding counterclaim(s);

10    2.    The instant Stipulation shall be without prejudice to either party's right

11 to seek a further continuance of any deadline.

12

13 Dated:  July 12, 2011                    LAW OFFICE OF MICHAEL H.
14                                          CARPER, P.C.

15

16                                          By:_____/s/ Robert Nebb_____
17                                             Robert Nebb
                                               Attorneys for Plaintiff
18                                             LIVINGSTON HEARING AID
                                               CENTER, INC.
19

20 Dated:  July 12, 2011                    RUTAN & TUCKER, LLP

21

22

23                                          By:_____/s/ Gerard M. Mooney_____
24                                             Gerard M. Mooney
                                               Attorneys for Defendant
25                                             INSOUND MEDICAL, INC.

26

27

28

Rutan & Tucker, LLP
*attorneys at law*

2152/028972-0001
2216063.1 a07/12/11                          -3-

Case No. 5:11-CV-01965-EJD
STIPULATION TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT