MICHAEL H. CARPER (*Pro Hac Vice*)
e-mail: mcarper@carperlaw.com
ROBERT N. NEBB (*Pro Hac Vice*)
e-mail: rnebb@carperlaw.com
LAW OFFICE OF MICHAEL H. CARPER, P.C.
1102 Main Street
Lubbock, Texas 79401
Telephone:      (806) 747-3016
Facsimile:       (806) 747-8411

JOHN DINAPOLI (SBN 84365)
e-mail: jfd@dslaw.net
STEVEN J. SIBLEY (SBN: 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:      (408) 999-0900
Facsimile:       (408) 999-0191

Attorneys for Plaintiff LIVINGSTON
HEARING AID CENTER, INC., a
Texas corporation

**IT IS SO ORDERED**
Judge Edward J. Davila
8/10/2011

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| LIVINGSTON HEARING AID CENTER, INC., | § Case No. 11-CV-01965-EJD<br>§<br>§ |
| Plaintiff, | § **STIPULATION TO EXTEND TIME FOR**<br>§ **LIVINGSTON HEARING AID CENTER,** |
| v. | § **INC. TO RESPOND TO COUNTERCLAIM**<br>§ **OF INSOUND MEDICAL, INC.**<br>§ |
| INSOUND MEDICAL, INC., | §<br>§ [**N.D. Cal. Local Rule 6-1(a)**] |
| Defendant. | § |

    WHEREAS, on March 8, 2011, LIVINGSTON HEARING AID CENTER, INC. ["LHAC"] filed its Complaint in the instatnt action in the 72nd Judicial District Court of Lubbock County, Texas against INSOUND MEDICAL, INC. ["InSound"];

    WHEREAS, on April 1, 2011, InSound removed the instant action to the United States District Court for the Northern District of Texas;

    WHEREAS, on April 20, 2011, the United States District Court for the Northern District of Texas granted the Parties' Agreed Motion to Transfer Venue to this Court;

    WHEREAS, the instant action was transferred to this Court on April 22, 2011;

/ / /

WHEREAS, this action was reassigned to the Honorable Edward J. Davila on July 11, 2011, and the deadline previously set in this action for the case management conference has been rescheduled for October 28, 2011;

WHEREAS, on July 21, 2011, InSound filed its Original Answer to LHAC's Complaint, and also filed its Counterclaim against LHAC;

WHEREAS, LHAC's answer to InSound's Counterclaim is due to be filed on August 16, 2011;

THEREFORE, the Parties, through their counsel of record, stipulate and agree as follows:

1. Livingston Hearing Aid Center, Inc. shall have through and including **September 2, 2011**, to respond to the counterclaim of InSound Medical, Inc.

2. The instant Stipulation shall be without prejudict to either party's right to seek a further continuance of any deadline.

Respectfully submitted,

DATED: August 9, 2011    **LAW OFFICE OF MICHAEL H. CARPER, P.C.**

By: */s/ Robert N. Nebb*
      Robert N. Nebb

Attorneys for **Livingston Hearing Aid Center, Inc.**

DATED: August 9, 2011    **RUTAN & TUCKER, LLP**

By: */s/ Gerard M. Mooney*
      Gerard M. Mooney

Attorneys for **InSound Medical, Inc.**