1  MICHAEL H. CARPER (Admitted *Pro Hac Vice)*
   email: mcarper@carperlaw.com
2  ROBERT N. NEBB (Admitted *Pro Hac Vice*)
   email: rnebb@carperlaw.com
3  LAW OFFICE OF MICHAEL H. CARPER, P.C.
   1102 Main Street
4  Lubbock, Texas  79401
   Telephone:  (806) 747-3016
5  Facsimile:   (806) 747-8411

6  WILLIAM J. GOINES (SBN 61290)
   email: goinesw@gtlaw.com
7  KAREN ROSENTHAL (SBN 209419)
   email: rosenthalk@gtlaw.com
8  ALICE Y. CHU (SBN 264990)
   email: chua@gtlaw.com
9  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
10 East Palo Alto, California  94303
   Telephone:  (650) 328-8500
11 Facsimile:   (650) 328-8508

12 Attorneys for Plaintiff LIVINGSTON
   HEARING AID CENTER, INC., a
13 Texas corporation

**IT IS SO ORDERED**
Judge Edward J. Davila
8/12/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVINGSTON HEARING AID CENTER, INC., | Case No.   CV11-01965 EJD |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANT, LIVINGSTON HEARING AID CENTER, INC.** |
| v. | |
| INSOUND MEDICAL, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

27 //

28 //

NOTICE OF SUBSTITUTION OF COUNSEL
CV11-01965 EJD

*SV 346,746,017v1*

1  TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff and Counter-defendant LIVINGSTON HEARING

3  AID CENTER, INC., hereby substitutes Greenberg Traurig, LLP as one of its counsel of record in

4  the above-entitled action, in place of:

> John DiNapoli
> Steven J. Sibley
> DiNapoli & Sibley
> Ten Almaden Boulevard, Suite 1250
> San Jose, CA  95113

8  PLEASE TAKE FURTHER NOTICE that all pleadings, discovery, responses and

9  correspondence and all other matters in this action should be served on Greenberg Traurig, LLP, as

10  follows:

> William J. Goines
> Karen Rosenthal
> Alice Y. Chu
> Greenberg Traurig, LLP
> 1900 University Avenue, Fifth Floor
> East Palo Alto, CA  94303
> Telephone: (650) 328-8500
> Facsimile:  (650) 328-8508

15  PLEASE TAKE FURTHER NOTICE that The Law Office of Michael H. Carper, P.C.,

16  remains as co-counsel of record for Plaintiff and Counter-defendant, Livingston Hearing Aid Center,

17  Inc., in the above-entitled action.

18  PLEASE TAKE FURTHER NOTICE that William J. Goines of the law firm Greenberg

19  Traurig is a member of the bar of the Court in good standing, and maintains an office within the State

20  of California, and is designated as co-counsel with Michael H. Carper and Robert N. Nebb of  The

21  Law Office of Michael H. Carper, P.C., who have been granted *pro hac vice* admission in this matter.

Dated: August 11, 2011.                    LIVINGSTON HEARING AID CENTER, INC.

                                           By: */s/ Richard R. Davila, II*
                                               Richard R. Davila II, President

Dated:  August 11, 2011.                   DINAPOLI & SIBLEY

                                           By: */s/ John DiNapoli*
                                               John DiNapoli, Esq.

| | | |
|---|---|---|
| 1 | Dated:  August 11, 2011. | LAW OFFICE OF MICHAEL H. CARPER, P.C. |
| 2 | | |
| 3 | | By: */s/ Robert N. Nebb*<br>    Robert N. Nebb, Esq. |
| 4 | | |
| 5 | Dated:  August 11, 2011. | GREENBERG TRAURIG, LLP |
| 6 | | |
| 7 | | By: */s/ Karen Rosenthal*<br>    William J. Goines<br>    Karen Rosenthal |
| 8 | | |

## ATTESTATION

I, Karen Rosenthal, hereby certify that concurrence in the filing of this Notice of Substitution of Counsel has been obtained from each of the signatories above and I am duly admitted to practice in this district.

Dated:  August 11, 2011.       */s/ Karen Rosenthal*
                                Karen Rosenthal