UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIVINGSTON HEARING AID
CENTER, INC.
                 Plaintiff(s),

       v.

INSOUND MEDICAL, INC.

                 Defendant(s).
_____/

CASE NO. CV11-01965 EJD

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒   Private ADR (*please identify process and provider*)  Private Mediation Service

The parties agree to hold the ADR session by:
☒   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline _____

Dated: October 7, 2011                       /s/ William J. Goines
                                              Attorney for Plaintiff

Dated: October 7, 2011                       /s/ Gerard M. Mooney, Jr.
                                              Attorney for Defendant

Dated: _____

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: October 18, 2011

_____
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SELECTION ADR PROCESS. In compliance with General Order 45, X.B., I hereby attest that Gerard M. Mooney, Jr., has concurred in this filing.

Date: October 7, 2011.                    GREENBERG TRAURIG LLP

                                          By: /s/ *William J. Goines*