*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

MICHAEL H. CARPER (Admitted *Pro Hac Vice*)
email: mcarper@carperlaw.com
ROBERT N. NEBB (Admitted *Pro Hac Vice*)
email: rnebb@carperlaw.com
LAW OFFICE OF MICHAEL H. CARPER, P.C.
1102 Main Street
Lubbock, Texas 79401
Telephone: (806) 747-3016
Facsimile: (806) 747-8411

WILLIAM J. GOINES (SBN 61290)
email: goinesw@gtlaw.com
KAREN ROSENTHAL (SBN 209419)
email: rosenthalk@gtlaw.com
CINDY HAMILTON (SBN 217951)
email: hamiltonc@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiff and Counter-defendant
LIVINGSTON HEARING AID CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVINGSTON HEARING AID CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> INSOUND MEDICAL, INC., <br><br> Defendant. | Case No. CV11-01965 EJD <br><br> **STIPULATION EXTENDING DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIM | |

WHEREAS, on October 18, 2011, this Court entered its Order Selecting ADR Process [Dock. #44], requiring the parties in the above-entitled action to complete private mediation within 90 days of the date of said Order (by January 17, 2012); and

1   WHEREAS, the parties are in the process of undertaking discovery in order to determine the
2   factual bases for their respective claims; and

3   WHEREAS, the parties believe that an extension of the mediation deadline would be in the
4   best interest of the parties and a potential resolution of this action, in order to allow the parties to
5   undertake additional discovery, including exchanging documents and conducting initial depositions
6   pursuant to Federal Rule of Civil Procedure 30(b)(6), prior to engaging in meaningful mediation,

7   IT IS HEREBY STIPULATED by and between Plaintiff and Counter-defendant Livingston
8   Hearing Aid Center, Inc. and Defendant and Counterclaimant InSound Medical, Inc., through their
9   respective counsel, that the deadline to engage in private mediation be extended for a period of 90
10  days from January 17, up to and including April 18, 2011. **2012.**

11  IT IS SO STIPULATED.

Dated:  January 11, 2012.              GREENBERG TRAURIG, LLP


                                       By:   /s/ *William J. Goines*
                                            William J. Goines
                                            Cindy Hamilton

                                       and

                                       MICHAEL H. CARPER (Admitted Pro Hac Vice)
                                       ROBERT N. NEBB (Admitted Pro Hac Vice)
                                       LAW OFFICE OF MICHAEL H. CARPER, P.C.
                                       1102 Main Street
                                       Lubbock, Texas  79401

                                       Attorneys for Plaintiff and Counter-defendant
                                       Livingston Hearing Aid Center, Inc.

Dated:  January 11, 2012.              RUTAN TUCKER LLP


                                       By:  /s/ *Gerard M. Mooney, Jr.*
                                            Gerard M. Mooney, Jr., Esq.

                                       and

                                       KIRK CRUTCHER, ESQ.
                                       MAYFIELD CRUTCHER & SHARPEE
                                       1001 Main St., Ste. 504
                                       Lubbock,TX  79401

                                       Attorneys for Defendant and Counterclaimant
                                       InSound Medical, Inc.

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Gerard M. Mooney, Jr., has concurred in this filing.

Date: January 11, 2012.                    GREENBERG TRAURIG LLP


                                           By: /s/ *William J. Goines*


[PROPOSED] ORDER

IT IS SO ORDERED.

_____
Honorable Edward J. Davila
Judge, United States Bankruptcy Court