**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIVINGSTON HEARING AID CENTER, INC., | CASE NO. 5:11-cv-01965 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| INSOUND MEDICAL, INC., | |
| Defendant(s). | |

Due to the court's unavailability, the Preliminary Pretrial Conference currently scheduled for November 2, 2012, has been CONTINUED to **November 16, 2012, at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: October 31, 2012



EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-01965 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE