IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIVINGSTON HEARING AID CENTER, INC.,<br><br>    Plaintiff(s),<br>  v.<br><br>INSOUND MEDICAL, INC.,<br><br>    Defendant(s).<br>_____/ | CASE NO. 5:11-cv-01965 EJD<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

Due to the court's unavailability, the Preliminary Pretrial Conference currently scheduled for November 2, 2012, has been CONTINUED to **November 16, 2012, at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: October 31, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01965 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE