**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION
10   LIVINGSTON HEARING AID CENTER,        CASE NO. 5:11-cv-01965 EJD
     INC.,
11                                         **ORDER REFERRING CASE TO**
                                           **MAGISTRATE JUDGE SETTLEMENT**
12              Plaintiff(s),              **CONFERENCE**
       v.
13   INSOUND MEDICAL, INC.,
14
15              Defendant(s).
16   _____/
17        Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Howard R. Lloyd
18   for a settlement conference to occur no later than February 14, 2013.  The parties are instructed to
19   contact Judge Lloyd's Courtroom Deputy to arrange a date for the conference.
20   **IT IS SO ORDERED.**
21
22   Dated:  November 19, 2012
                                           _____
23                                         EDWARD J. DAVILA
                                           United States District Judge
24
25
26
27
28

                                      1
CASE NO. 5:11-cv-01965 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE