IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIVINGSTON HEARING AID CENTER, INC., <br><br> Plaintiff(s), <br> v. <br> INSOUND MEDICAL, INC., <br><br> Defendant(s). | CASE NO. 5:11-cv-01965 EJD <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than February 14, 2013.  The parties are instructed to contact Judge Lloyd's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: November 19, 2012

EDWARD J. DAVILA
United States District Judge